| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-219 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO SEPTEMBER 26, |
| v. | ) 2013, AT 9:00 A.M. |
| SANDRO GARCIA-JIMENEZ, | ) Date: September 5, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Honorable Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for September 5, 2013, at 9:00 a.m., to September 26, 2013, at 9:00 a.m.

Defense counsel requires the continuance to consult with his client about discovery, a pre-plea probation report, and a proposed plea agreement.

Counsel and the defendant agree that the Court should exclude the time from September 5, 2013, through September 26, 2013, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

///
///
///
///
///

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 4, 2013              HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ M.Petrik
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender

DATED: September 4, 2013              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for
                                      NIRAV K. DESAI
                                      Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for September 26, 2013, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 26, 2013, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: September 4, 2013

                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT